| Date | Pleading Number | |
|---|---|---|
| 1/22/73 | 1. | MOTION & SUPPORTING BRIEF of DEFENDANTS CONTINENTAL GRAIN COMPANY and COOK INDUSTRIES, INC. for coordinated pretrial proceedings pursuant to 28 U.S.C. §1407; complaints attached as exhibits; certificate of service REQUESTED TRANSFEREE FORUM: W.D. OKLAHOMA |
| 1/26/73 | 2 | GARNAC GRAIN CO. response to motion w/cert. of service. |
| 2/5/73 | | HEARING ORDER - Setting for hearing in Washington, D. C. Feb. 23, 1973 |
| 2/5/73 | 3 | CARGILL, INC., response to motion w/cert. of service |
| 2/5/73 | 4 | PLTF. JOE ZINSER, Response to motion w/cert. of service |
| 2/5/73 | 5 | CLARENCE PALMBY, Response to motion w/cert. of service |
| 2/5/73 | 6 | LOUIS DREYFUS CORP., Respose to motion w/cert. of service |
| 2/7/73 | 7 | EDGAR W. CLEVELAND response to motion w/cert of service. |
| 2/7/73 | 8 | JOHN SEPARMAN RESPONSE TO MOTION W/CERT. OF SERVICE |
| 2/8/73 | 9 | JOE BERG response to motion |
| 2/12/73 | 10 | Reply brief of defendants w/cert. of service |
| 2/14/73 | 11 | Bunge Corp. response to motion w/cert. of sercive |
| 1/12/73 | | OPINION AND ORDER consolidating A-1 through A-4 in the W.D. Oklahoma for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407 before Judge Frecerick A. Daugherty. |
| 12/5/74 | | JAMES W. Witherspoon v. Continental Grain Co., N.D. Texas, 4-2360 CTO entered today. Notified Liaison Counsel, involved deft. counsel, involved judges. |
| 12/5/74 | | JAMES W. WITHERSPOON V. CONTINENTAL GRAIN, N.D.TEXAS 4-2360 VACATED CTO. Notified counsel, involved judges. |
| 1/17/75 | | Edgar Cleveland v. Clarence Palmby, S.D.N.Y. 75 Civ. 155 John Spearman v. Clarence Palmby, S.D.N.Y. 75 Civ 156 Ctos filed today. Notified counsel, involved judge |
| 2/3/75 | | EDGAR CLEVELAND V. CLARENCE PALMBY, S.D.N.Y. 75 Civ. 155 JOHN SPEARMAN V. CLARENCE PALMBY, S.D.N.Y., 75 Civ. 156 CTO final today. Notified transferee clerk, involved judges, transferor clerk |
| 7/8/77 | 12 | MOTION AND BRIEF TO REMAND CIVIL ACTION NO. CIV-73-779-D -- Plaintiff Joe Zinser with cert. of service. A-3 |
| 7/22/77 | 13 | RESPONSE -- Continental Grain and Clarence Palmby w/cert. of service |
| 8/5/77 | 14 | MOTION, BRIEF, CERT. OF SERVICE -- Plaintiff John Spearman for Remand of Civ 73-780-D  B-2 |
| 8/15/77 | 15 | RESPONSE -- AFFIDAVIT -- CONTINENTAL GRAIN CO. w/cert. of service |
| 8/26/77 | | HEARING ORDER -- Setting (B-2) and (A-3) Plaintiffs motion for remand for hearing -- September 30, 1977, Boston, Mass. |
| 9/26/77 | | WAIVER OF ORAL ARGUMENT FOR SEP. 30, 1977 Hearing -- Joe Zinser and John Spearman |
| 9/29/77 | 16 | PLAINTIFFS MOTION TO WITHDRAW MOTIONS TO REMAND --w/cert of service by Plaintiffs Spearman and Zinser |
| 10/5/77 | | Joe Zinser, et al. v. Continental Grain Co., W.D.OK., C.A.# 73-779-D Spearman, et al. v. Continental Grain Co., et al.,C.A.#73-780-D ORDER GRANTING WITHDRAWAL OF MOTIONS filed today. Notified involved counsel, transferee clerk and judge. |

## Description of Litigation

### IN RE WHEAT FARMERS ANTITRUST CLASS ACTION LITIGATION

#### Summary of Panel Action

Date(s) of Hearing(s) **2/23/73**

Date(s) of Opinion(s) or Order(s) **11/12/73**

Consolidation Ordered **✓**    Name of Transferee Judge **FREDERICK A. DAUGHERTY**

Consolidation Denied ___    Transferee District **WESTERN DISTRICT OF OKLAHOMA** (087)

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Edgar W. Cleveland, et al. v. ~~Clarence Palmby~~, et al. | W.D.Okla Daugherty | Civ-72-731 (75 Civ 155) Daffy NTN | NTN | see note 1/15/19 | 2/6/76 | |
| A-2 | Joe J. Berg, et al. v. Clarence Palmby, et al. | N.D.Tex. Woodward | 2-1311 | 11/12/73 | 73-778-D | 6/11/74 | |
| A-3 | Joe Zinser v. ~~Clarence Palmby~~ and Continental Grain Company | N.D.Tex. Woodward | 2-1309 | 11/12/73 | 73-779-D | 6/25/79 dis as def 12/31/74 2/6/75 | |
| A-4 | John Spearman, et al. v. ~~Clarence Palmby~~ and Continental Grain, Palmby Company | N.D.Tex. Woodward | 2-1330 (75 Civ 156) | 11/12/73 | 73-780-D | 6/25/79 | |
| B-1 | James W. Witherspoon v. Continental Grain 11/5/74 | N.D.Tex Mahon | 4-2360 | | | | |
| B-1 | Edgar W. Cleveland v. Clarence Palmby 1/17/75 | S.D.N.Y. | 75 Civ. 155 | | | Included in A-1 | |
| B-2 | John Spearman v. Clarence Palmby 1/17/75 | S.D.N.Y. | 75 Civ. 156 | | | Included in A-4 | July 1979 Same |

crop against re: def Palmby
/ as/ N.S.D.N.Y. 1006 10/31/74
Verified June 1976
Ditty July 1977 1978

5 to
1 XYZ
1 due
3 Pending

p. 1

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 129 -- IN RE WHEAT FARMERS ANTITRUST CLASS ACTION LITIGATION

| Plaintiff | Defendant |
|---|---|
| First Pretrial Conference Order of 1/4/74 appointed following:<br>JOE ZINSER<br>JOHN SPEARMAN<br>JOE J. BERG<br>Thomas W. Kendrick, Esq.<br>P.O. Box 1818<br>Hereford, Texas<br>(806--364-1100)<br><br>EDGAR W. CLEVELAND<br>James A. Ikard, Esquire<br>1005 Cravens Bldg.<br>Oklahoma City, Oklahoma 73102<br>(405--235-5371) | ALL DEFENDANTS<br>Judson S. Woodruff, Esquire<br>5th Floor, 100 Park Avenue<br>Oklahoma City, Okla. 73102<br>(405--235-9621) |
| B-1    Thomas W. Kendrick, Esq.<br><br>*   POTENTIAL CLASS LIAISON COUNSEL<br>Joseph J. Stank, Esq.<br>Michael J. Stancampiano, Esq.<br>425 N. W. 7th<br>Box 1515<br>Oklahoma City, Okla. 73102<br><br>John E. Swain, Esquire<br>P.O. Box 782<br>Houston, Texas 77007<br><br>Lair & Reeves<br>P.O. Drawer 420<br>Canyon, Texas | Neal R. Allen, Esq.<br>Culton, Morgan, Britain & White<br>P.O. Box 189<br>Amarillo, Texas 79105 |

*J.Daugherty Pretrial Order filed 5/19/76

JOE ZINSER
Marion J. Craig, III
Witherspoon, Aikin, & Langley
P. O. Box 1818
Hereford, Texas 79045

Ernest R. Reeves
Lair, Reeves & Sparks
1404 4th Avenue
Amarillo, Texas 79105

Spearman
Michael T. Garrett, Esq.
Four Pile Place
Suite 100
Post Office Box 930
Clovis, New Mexico 88101

Defendant Cook Industries
Everett Gibson, Esq.
Ireland, Gibson & Reams
2221 Democrat Road
Memphis, Tennessee 38131

Page Dobson, Esq.
Rhodes, Hieronymus, Holloway
  & Wilson
2411 First National Center
Oklahoma City, Oklahoma 73102

Cleveland
James A. Ikard, Esquire
2536 N. W. 29th Street
Oklahoma City, Oklahoma 73109

Defendants Continental Grain Company
Palmby in Texas
Judson S. Woodruff, Esquire
McAfee, Taft, Cates, Mark, Bond
  & Rucks
100 Park Avenue Building
Oklahoma City, Oklahoma 73102

DEFENDANT CLARENCE PALMBY IN CLEVELAND
Robert J. Emery, Esquire
Lytle, Soule & Emery
2210 First National Building
Oklahoma City, Oklahoma 73102

DEFENDANT CARGILL INCORPORATED
Ben L. Burdick, Esq.
Crowe, Dunlevy, Thweatt
Swinford, Johnson & Burdick
1700 Liberty Tower
Oklahoma City, Oklahoma 73102

DEFENDANT GARNAC GRAIN CO., INC.
CLEVELAND
Gordon F. Rainey, Esq.
Rainey, Welch, Wallace, Ross
  & Cooper
735 First National Center
Oklahoma City, Oklahoma 73102

p. 1

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 129 -- IN RE WHEAT FARMERS ANTITRUST CLASS ACTION LITIGATION

### COMMON PARTY CHECKLIST

| NAME OF PARTY | NAMED AS PARTY IN FOLLOWING ACTIONS |
|---|---|
| Clarence Palmby | ~~A-1; A-2; A-3; A-4~~ |
| Continental Grain Co. | A-1; A-2; A-3; A-4 |
| Cargill, Inc. | A-1; A-2 |
| Louis Dreyfus Corp. | A-1; A-2 |
| Cook Industries | A-1; A-2 |
| Garnac Grain Co. | A-1; A-2 |
| Bunge Corp. | A-1; A-2 |
| | |
| | |